IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARKUS GRANSBERRY,

        Plaintiff,                                  ORDER

      v.                                                 10-cv-449-bbc

C/O GOLDSMITH, C/O GRAFF and
SGT. FRIEND,

        Defendants.

---

      Plaintiff has filed a supplement to the complaint. Dkt. 19. Plaintiff has not signed the document as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning plaintiff's document to him with his copy of this memorandum and giving him until October 7, 2010, in which to sign and return the document to this court. Failure to do so will result in the documents being stricken pursuant to Rule 11(a).

      Entered this 23rd day of September, 2010.

                                                  BY THE COURT:

                                                  /s/

                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge