IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARKUS GRANSBERRY,

    Plaintiff,

v.

C/O GOLDSMITH, C/O GRAFF,
SGT. FRIEND and C/O JOHNSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-449-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

By: _____ Deputy Clerk
Peter Oppeneer, Clerk of Court

4-29-11
Date